IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jennifer Armstrong,**

    **Plaintiff,**

   **vs.**                                            Civil Action 2:11-cv-387
                                                                               Judge Sargus
                                                                               Magistrate Judge King

**Receivables Performance Mgt., LLC,**

    **Defendant.**


<u>**ORDER**</u>

    This case has been reported settled.

    **A status conference will be held on March 9, 2012, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.


 February 14, 2012                          *s/Norah McCann King*
                                                                  Norah M<sup>c</sup>Cann King
                                                           United States Magistrate Judge